UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NORTHEAST
CARPENTERS HEALTH, PENSION, ANNUITY,
APPRENTICESHIP, and LABOR
MANAGEMENT COOPERATION FUNDS,

                Petitioners,

    -against-

CRIS SAL, INC.,

                Respondent.
-------------------------------------------------------------X

For Online Publication Only

**FILED**
**CLERK**
12/22/2017 2:32 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**ORDER**
16-CV-4870 (JMA) (ARL)

**AZRACK, United States District Judge:**

      Before the Court is the unopposed petition of petitioners Trustees of the Northeast Carpenters Health, Pension, Annuity, Apprenticeship, and Labor Management Cooperation Funds to confirm a "Collection Award and Order" issued against respondent Cris Sal, Inc., on June 20, 2016 (the "Arbitration Award"). (Petition, Ex. D, ECF No. 1.) The Arbitration Award directs respondent to: pay petitioner the sum of $42,220.23, consisting of:

- a principal deficiency of $11,976.84;
- interest of $486.77;
- liquidated damages of $2,395.37;
- the obligation of Aristacraft Contracting Corp., Inc. resulting from an arbitration award dated June 16, 2014 (and confirmed by judgment) in the amount of $25,561.25;
- attorneys' fees of $900; and
- the arbitrator's fee of $900 pursuant to the Collective Bargaining Agreement.

1

The Arbitration Award also directs respondent to (1) submit to an audit at petitioners' discretion; (2) pay for all costs relating to the audit in the event that petitioners request one; and (3) pay for all court costs incurred to enforce the Arbitration Award. (Id. at 3-4.)

On October 11, 2016, petitioners served a copy of the petition and its supporting memorandum of law on respondent via the New York Department of State's Division of Corporations, Records and Uniform Commercial Code. (Aff. of Service., ECF. No. 5.) Respondent has not responded to the petition.

Petitioners now ask the Court to: (1) confirm the Arbitration Award; (2) award petitioners $42,220.23 pursuant to the Arbitration Award; and (3) award petitioners $902.50 in attorneys' fees and costs. (Memorandum of Law in Support of Petition to Confirm Arbitration Award at 7.) Because respondent has not answered the petition, the Court treats the petition as an unopposed motion for summary judgment. See D.H. Blair & Co. v. Gottdiener, 462 F.3d 95, 109–10 (2d Cir. 2006).

After reviewing the petition, and its supporting documents, the Court grants petitioners summary judgment and confirms the Arbitration Award in the amount of $42,220.23. Further, the Court awards petitioners attorneys' fees and costs totaling $902.50. The Clerk of the Court shall enter judgment in favor of petitioners consistent with this order and close this case.

**SO ORDERED.**

Date:   December 22, 2017
        Central Islip, New York

                      /s/(JMA)
                      Joan M. Azrack
                      United States District Judge